1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

A.D., et al.,

        Plaintiffs,

    v.

BLUE CROSS OF CALIFORNIA DBA
ANTHEM BLUE CROSS,

        Defendant.

Case No.:  14-CV-04069-LHK

**CASE MANAGEMENT ORDER**

Plaintiffs' Attorney: Elizabeth Green
Defendant's Attorney: Eileen Ridley

An initial case management conference was held on February 18, 2015.  A further case management conference is set for June 3, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by May 27, 2015.

Defendant shall provide a draft protective order to Plaintiffs by February 20, 2015. Plaintiffs shall respond to the draft protective order by February 23, 2015. The parties shall file a stipulated protective order by February 27, 2015.

Defendant shall respond to Plaintiffs' proposed mediators by February 19, 2015. The parties shall agree on a neutral mediator by February 25, 2015.

The parties shall serve initial disclosures by February 27, 2015.

The Court set the following case schedule:

1

FACT DISCOVERY CUTOFF: November 23, 2015

DISPOSITIVE MOTIONS shall be filed by December 3, 2015, and set for hearing no later than February 4, 2016 at 1:30 p.m.  The parties shall file oppositions to dispositive motions no later than December 21, 2015.  The parties shall file replies in support of dispositive motions no later than January 14, 2016.  The parties are limited to one dispositive motion per side in the entire case.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No.: 14-CV-04069-LHK
CASE MANAGEMENT ORDER