UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| A.D., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BLUE CROSS OF CALIFORNIA DBA ANTHEM BLUE CROSS,<br><br>    Defendant. | Case No. 14-CV-04069-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 3, 2015, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, June 1, 2015, at 12:00 p.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: May 29, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-04069-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT